for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. William H. Hayden* for petitioners. *Mr. Erskine Wood* for respondent.

---

No. 439. JAMES C. DAVIS, DIRECTOR GENERAL OF RAILROADS, ETC. *v.* MRS. MAUDE E. GREEN, ADMINISTRATRIX, ETC. October 17, 1921. Petition for a writ of certiorari to the Supreme Court of the State of Mississippi granted. *Mr. B. E. Eaton* and *Mr. T. J. Wills* for petitioner. *Mr. J. W. Cassedy* for respondent.

---

No. 451. AMERICAN RAILWAY EXPRESS COMPANY *v.* A. J. LINDENBURG. October 17, 1921. Petition for a writ of certiorari to the Supreme Court of Appeals of the State of West Virginia granted. *Mr. D. C. T. Davis, Jr.,* for petitioner. No brief filed for respondent.

---

No. 463. KANSAS CITY SOUTHERN RAILWAY COMPANY *v.* ELIZABETH VAN ZANT. October 17, 1921. Petition for a writ of certiorari to the Supreme Court of the State of Missouri granted. *Mr. Cyrus Crane* for petitioner. *Mr. Charles H. Montgomery* for respondent.

---

No. 526. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION, ETC. *v.* ROGER B. WOOD, TRUSTEE, ETC. October 24, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Solicitor General Beck, Mr. Guy D. Goff* and *Mr. Abram F. Myers* for petitioner. *Mr. Godfrey Goldmark* for respondent.

---

No. 533: FEDERAL TRADE COMMISSION *v.* FRUIT GROWERS' EXPRESS, INC. October 24, 1921. Petition for a writ